IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:26CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UNOPPOSED MOTION FOR LEAVE |
| | ) | TO FILE OUT OF TIME AND TO |
| LOGAN WINDER, | ) | EXTEND TIME TO TO FILE PRETRIAL |
| | ) | MOTIONS AND CONTINUE STATUS |
| | ) | CONFERENCE |
| Defendant. | ) | |

COMES NOW, LOGAN WINDER, Defendant herein, by and through counsel, and pursuant to NECrimR 12.1, moves the Court for an order extending the time for filing pretrial motions and continuing the telephonic conference in this matter. In support of this motion, for good cause, Defendant states:

1. The Court previously extended the pretrial motion deadline in this matter to June 15, 2026.
2. The pretrial motions deadline expired on June 15, 2026. Counsel failed to file a motion to extend prior to expiration of that deadline.
3. Counsel requires additional time to complete review of discovery materials, confer with Defendant regarding potential pretrial motions, and prepare and file the same. Good cause exists for the requested extension.
4. Defendant understands and agrees that any time resulting from this continuance shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.
5. Defendant further requests that the Court continue any scheduled telephonic conference to a date consistent with the extended motions deadline.
6. Counsel for Defendant has contacted counsel for the government regarding this motion and government does not object.

WHEREFORE, Defendant respectfully requests an order extending the deadline for the filing of pretrial motions, continue the currently scheduled telephonic conference, and grant such other and further relief as the Court deems just and proper.

DATED this 16th day of June, 2026.

LOGAN WINDER
Defendant.

By: /s/ Dami J. Oluyole
DAMI J. OLUYOLE, # 25149
YOLE LAW P.C., L.L.O.
ATTORNEYS & COUNSELORS AT LAW
7930 BLONDO STREET, SUITE 100
OMAHA, NE 68134
T: (402) 915-9360
C:(402) 913-0181
F: (402) 403-1330
E-MAIL: DAMMY@YOLELAW.COM

CERTIFICATE OF SERVICE

Damilola J. Oluyole, attorney for Defendant, hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the registered participants on this 16th day of June, 2026.

/s/ Dami J. Oluyole
DAMI J. OLUYOLE, # 25149