IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LOGAN WINDER,<br>Defendant. | 4:26CR3031<br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the Plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 178). The Court has carefully reviewed the record in this case and finds as follows:

1. On March 18, 2026, a federal grand jury in this District returned a six-count Indictment charging Defendant with four counts. (Filing No. 1).

2. The Forfeiture Allegation of the Indictment sought forfeiture of "any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses" including, but not limited to: (a) $3,197 in U.S. currency seized on or about February 5, 2026 from Luke Kenney's apartment; (b) $4,000 in U.S. currency seized on or about February 5, 2026 from the vehicle owned and operated by Ryan Mercer; and (c) Red 2009 GMC Sierra K1500 driven by Ryan Mercer on or about February 5, 2026. (Filing No. 1).

3. On September 30, 2026, the Court held a change of plea hearing for Defendant and Defendant entered a plea of guilty to Counts I and IV and admitted to the Forfeiture Allegation in the Indictment. (Filing Nos. 146, 148, 149).

4. Count I of the Indictment charged Defendant with conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. (Filing No. 1).

5. Count IV of the Indictment charged Defendant with use, carry and possess a firearm during, in relation to, and in furtherance of a drug crime, in violation of 18 U.S.C. § 924(c)(1)(A). (Filing No. 1).

6. Defendant has forfeited his interest in the property. Accordingly, the United States should be entitled to possession of said property pursuant to 21 U.S.C. § 853.

7. The Government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture is granted. (Filing No. 178).

2. Based upon the Forfeiture Allegation of the Indictment, the Plea Agreement, plea of guilty, and the admission to the forfeiture allegation, the Government is hereby authorized to seize the (a) $3,197 in U.S. currency seized on or about February 5, 2026 from Luke Kenney's apartment; (b) $4,000 in U.S. currency seized on or about February 5, 2026 from the vehicle owned and operated by Ryan Mercer; and (c) Red 2009 GMC Sierra K1500 driven by Ryan Mercer on or about February 5, 2026.

3. Defendant's interest in the (a) $3,197 in U.S. currency seized on or about February 5, 2026 from Luke Kenney's apartment; (b) $4,000 in U.S. currency seized on or about February 5, 2026 from the vehicle owned and operated by Ryan Mercer; and (c) Red 2009 GMC Sierra K1500 driven by Ryan Mercer on or about February 5, 2026 is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The (a) $3,197 in U.S. currency seized on or about February 5, 2026 from Luke Kenney's apartment; (b) $4,000 in U.S. currency seized on or about February 5, 2026 from the vehicle owned and operated by Ryan Mercer; and (c) Red 2009 GMC Sierra K1500 driven by Ryan Mercer on or about February 5, 2026, is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the

nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the (a) $3,197 in U.S. currency seized on or about February 5, 2026 from Luke Kenney's apartment; (b) $4,000 in U.S. currency seized on or about February 5, 2026 from the vehicle owned and operated by Ryan Mercer; and (c) Red 2009 GMC Sierra Kl500 driven by Ryan Mercer on or about February 5, 2026, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 23rd day of November, 2026.

BY THE COURT:

Susan M. Bazis

Susan M. Bazis
United States District Judge